UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ADAM SHULER,** *et al.*,

    **Plaintiffs,**

                                                              Civil Action 2:17-cv-341
    v.                                                   Judge Michael H. Watson
                                                         Magistrate Judge Chelsey M. Vascura

**Wal-Mart Stores East L.P.,**

    **Defendant.**

## ORDER

The Motion for Admission Pro Hac Vice, which seeks the *pro hac vice* admission of Dale R. Friedland, is **DENIED WITHOUT PREJUDICE** to refiling in accordance with Southern District of Ohio Local Rule 83.3(e). (ECF No. 13.) As a member in good standing of the Supreme Court of Ohio, Mr. Friedland is eligible for admission as a permanent member of the bar of this Court. *See* S. D. Ohio Civ. R. 83.3(b). Local Rule 83.3(e) provides in pertinent part: "If the attorney seeking *pro hac vice* admission is eligible for permanent admission to the bar of this Court, the application must also be accompanied by a written affirmation signed by the attorney that he or she will seek permanent admission as promptly as is practicable."[1] S.D. Ohio Civ. R. 83.3(e). Mr. Friedland's application is deficient because it is not accompanied by this written affirmation.

    IT IS SO ORDERED.

                                                            /s/ Chelsey M. Vascura
                                                            Chelsey M. Vascura
                                                             United States Magistrate Judge

---

[1] Local Rule 83.3(c)(1) sets for the procedure by which an eligible candidate may seek admission to this Court.